Defendant:        **Manhattan Associates, Inc.**

Bankruptcy Case:  **Bed Bath & Beyond Inc.**

Preference Period:  **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112713 | $125,900.00 | 2/24/2023 | 542348 | 9/30/2022 | $328,582.50 |

**Totals:**    **1 transfer(s),    $125,900.00**